# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JILL H. COFFMAN,** <br> Petitioner, <br> vs. <br> **QUEEN OF THE VALLEY MEDICAL CENTER,** <br> Respondent. | CASE NO. 17-cv-05575-YGR <br><br> **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE ADMINISTRATIVELY CLOSED; VACATING COMPLIANCE HEARING** |

In light of the opinion of the Ninth Circuit Court of Appeals and the mandate issued this date, and the parties' Joint Status Report filed July 20, 2018 (Dkt. No. 45), the parties are **ORDERED TO SHOW CAUSE** why this case should not be administratively closed. A hearing on this Order to Show Cause is set for Friday, **August 31, 2018,** on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. The parties shall file a written response to the Order to Show Cause no later than August 24, 2018. Failure to file a written response timely will be deemed an admission that no good cause exists and the case should be administratively closed. Based on the written response, the Court may vacate the hearing by further notice.

The compliance hearing currently set for Friday, July 27, 2018, is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 24, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**